# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CORDELL COLLINS

NO. 2026 KW 0813

**AUGUST 10, 2026**

---

In Re:     Cordell Collins, applying for supervisory writs, 19th
           Judicial District Court, Parish of East Baton Rouge, No.
           05-04-0462.

---

**BEFORE:    WOLFE, STROMBERG, AND BALFOUR, JJ.**

**WRIT DENIED.**

**EW**
**TPS**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT